COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Marcus Lee Jefferson v. The State of Texas

Appellate case numbers:  01-12-01075-CR & 01-12-1076-CR

Trial court case numbers: 1321017 & 1359031

Trial court:                180th District Court of Harris County, Texas

The trial court appointed Craig Still, a Harris County assistant public defender, as Jefferson's trial counsel. The trial court later granted Still's motion to withdraw as Jefferson's counsel due to a conflict of interest associated with an investigator employed by the public defender's office. The trial court has appointed Angela Cameron, a Harris County Assistant Public Defender, to represent Jefferson on appeal. The trial court did not make findings of fact and conclusions of law in connection with its decision. Given the conflict of interest set forth in earlier proceedings in this case, we abate this appeal and remand the case to the trial court to determine whether a conflict of interest between appellant's counsel on appeal and appellant exists. If so, the trial court should permit appellant's counsel to withdraw and appoint new appellate counsel. If no conflict exists, the trial court should so find. The trial court is ordered to submit findings of fact, together with appropriate orders, no later than 30 days from the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and any associated orders are filed with the Harris County District Clerk's Office and included in a supplemental clerk's record filed with the Clerk of this Court.

The Clerk of this Court is directed to send a copy of this order by certified mail to the parties and to the trial court.

It is so ORDERED.


Judge's signature:/s/ Jane Bland
                    ☑ Acting individually    ☐ Acting for the Court

Date: June 24, 2014